**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAZEN FARES,

    Plaintiff,

v.                                          Case No.:  8:16-cv-03176-MSS-TBM

FDS BANK,

    Defendant.

_____

## NOTICE OF SETTLEMENT

**PLAINTIFF,** MAZEN FARES, by and through his undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, MAZEN FARES, and Defendant, FDS BANK, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on April 13, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                                  */s/Stefan A. Alvarez*
                                                  Stefan A. Alvarez, Esq.
                                                  Florida Bar No.:  100681
                                                  Stefan@TheConsumerProtectionFirm.com
                                                   William Peerce Howard, Esq.
                                                   Florida Bar No.:  0103330
                                                   Billy@TheConsumerProtectionFirm.com
                                                   THE CONSUMER PROTECTION FIRM, PLLC
                                                   210-A South MacDill Avenue
                                                   Tampa, FL 33609
                                                   Telephone: (813) 500-1500
                                                   Facsimile: (813) 435-2369
                                                   *Attorney for Plaintiff*