# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MAZEN FARES,**

     **Plaintiff,**

**v.**                                       **Case No: 8:16-cv-3176-T-35TBM**

**FDS BANK,**

     **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation for Dismissal with Prejudice (Dkt. 32), and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.**  Each party shall bear its own attorneys' fees and costs associated with this matter.  The **Clerk** is directed to **TERMINATE** any pending motions.

**DONE and ORDERED** in Tampa, Florida, this 19th day of June, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party